And we'll go on to case number three which is appeal number 21-1873 Qui Qin v. Paul Deslongchamps and I should have allowed Judge Wood to read that title because she speaks every language ever Good morning, Your Honor. I'm Doug Litowitz for Plaintiff Quinn. My client is trying to sue an LLC that is hiding its members and my client has been paying this LLC for 10 years and can't figure out who its members are, their identity and their citizenship. They are basically hiding their members to avoid a diversity analysis as to whether they can be sued in Wisconsin. The information that I need to absolutely establish diversity at 100% I don't the jurisdictional dilemma and it is a dilemma that you have raised into rule 27a but I take it you would be satisfied if we said that Mr. Quinn, am I pronouncing that correctly? Close enough. Well, what would be perfect? Qin. That's pretty far off, thank you. Mr. Qin could plead the citizenship of the LLC based on what limited information your research has disclosed coupled with an allegation on information and belief that no member of the um if that allegation turns out to be wrong the LLC can clear things up in short order as the Third Circuit has indicated. That's absolutely correct. The puzzle and the stumbling block for me is this court rule in Eastern District of Wisconsin that says in order to make my complaint I have to put this information in it under threat of sanction. But listen, here's my concern with your argument, Mr. Littlewoods. First of all, I don't think you can use rule 27. It was designed for different purposes but it seems odd to me that you are without even asking the Eastern District of Wisconsin you are convinced that it's going to take just a rigid wooden approach to this rule and reading your briefs it seems to me to indicate that you have done a pretty good job of isolating maybe three states and I'm looking at your reply brief page nine where you talk about you know this is not a case where you just sort of wandered in and didn't do any work. There was a diligence that was shown. There was a good faith effort and I have no reason to believe that the Eastern District of Wisconsin would think that was all either here nor there. If your best research efforts have left you with some inaccuracies then I'm sure that Deslenchon and the other defendants would point them out right away and this could be resolved. But I'm reluctant to assume the worst about this local rule. Well that's maybe because it's not coming down on you like a hammer. It looks to me like a guillotine where I can be sanctioned. But you aren't the only person who's ever tried to sue an LLC or an LLP or a partnership or an unincorporated association. This happens on a daily basis and the Supreme Court couldn't have been more clear in the Cardin case that whatever else one may say about these rules, Justice Scalia's opinion says it's for Congress to sort this out. If anybody is going to change these things it's not us. It's going to be Congress. So and we certainly don't have the authority to disagree with Cardin anyway. So the only question is a pleading burden and my concern is that there are a lot of pleading burdens that are hard for plaintiffs. Post Schwambly and Iqbal it's hard for plaintiffs to come up sometimes with enough facts for a plausible claim. But the district judges routinely will say you know we'll give you a dismissal this time around without prejudice see if you can come back with something. And so I'm not sure why we need to read local rule eight as just an instant sanction machine. Well what's the point of it then? The point of it is to get you to do the research that you did. Oftentimes there are publicly available sources that will show the ownership of the owners of the owners. You know obviously sometimes you've got to push it back a ways. I've seen hundreds of jurisdictional statements. Well there was a case here in this court where the court itself did the work that the lawyer needed to do and dig and dig and dig and it just strikes me that you're probably correct. I agree with you that I could probably go in there and on information and believe say this is the best of my research. I believe pretty well that there is federal jurisdiction. But it strikes me that makes more sense to get that information before I file the suit. But we don't have pre-filing jurisdictional discovery. We don't have pre-filing discovery for the Twombly-Iqbal problem. I mean it's a Pandora's box you're trying to open up. I think our system is you do the best you can, you file, maybe your complaint will be dismissed for defective jurisdictional allegations. But once you're in the door and the court has something to evaluate we're in quite a different position. I mean it strikes me as a little bit more efficacious to say for me to be able to turn to the opposing counsel and say here's where my research is. Am I right? And as a brother of the bar and an officer of the court they would say to me yes. I think that diversity. Nothing prevents you from asking that right now. I did. Well and so maybe it didn't work this time. But it's I sat on the rules committee for six years and people are very open to ways to make the litigation system work better. But suddenly opening up discovery to the pre-litigation, the pre-filing, pre-commencement under Rule 3 stage is going in the opposite direction from the Supreme Court's concerns in Twombly-Iqbal. I get your point exactly. But I do believe that you're kind of blaming the victim. The reason this information is hidden is not because of me. The reason this information is hidden is because of the defendants. They're the ones hiding it. So they're the ones hiding the information that I need. And by the way it strikes me that federal jurisdiction should be based on truth. It shouldn't be based on whatever I on truth. Ultimately it is. Ultimately yes indeed. That's correct. And courts as you say in light of Iqbal and Twombly are more lenient in allowing discovery after you filed the suit. Did you ask for this kind of discovery in the Colorado litigation? Yes. Has by the way, has that Colorado litigation been resolved at least at the district court level? I saw that Judge Moore issued an order finding that he lacked diversity jurisdiction. What else can you tell us about the status of that litigation and its bearing on the breach of contract claim you want to file in the Eastern District of Wisconsin? Well, the judge, Judge Moore, I have to watch what I say here. I filed a claim for breach of fiduciary duty arising by contract. And I said here are the contractual provisions that set forth the fiduciary duty. And I showed that to him. He said that's a tort claim. I said how is it a tort claim if it's in a contract? He goes, it's a tort claim. I said, well, I have securities claims. He goes, those are tort claims. I said, I have a civil theft claim, which the Colorado Supreme Court says is not a tort. And he says, it's a tort claim. It's kind of a one trick pony. And he won't let me make any argument that there is anything other than a tort in the world. But I think what Judge Rovner, do you have a final judgment? No, it's on appeal. He cut off, I mean, we'd be here a month for me to explain his rulings. All I'm asking, is there a Rule 58 final judgment or are proceedings still pending before him of some sort or another? It's on appeal. Okay. So there was a final judgment. There's an appealable order, presumably. But he never found a contract. It doesn't matter. I just want to know, is it on appeal? Yes, ma'am. It is. And so the question really becomes, and one of the weird things about, putting aside CARTA. Do you have an argument date for your appeal? An argument? Date. No, it's very, very complicated. There's a consolidated case with some other plaintiffs. Basically, a group, 165 Chinese invested $82 million to build a ski resort. And 152 of them have never gotten a penny back. They invested 10 years ago into a five-year loan and never got a penny back. We sued. The judge has sanctioned me $640,000 for bringing the lawsuit based on $640,000 for having the temerity to ask for their own money back. So the word debacle doesn't even begin to describe what goes on in the District of Colorado. I think you'd find a better legal system in Uzbekistan. But putting that aside. Oh my goodness. Okay. Putting that aside, I've been to Uzbekistan. You need to watch your courtroom decorum. Yes. Judge Edelman said some rather contradictory things. In one section, he said that jurisdictional discovery is allowed after a lawsuit, which is what your honor has discussed. But in another section, he says that local rule eight requires you to allege this before you go to court. So he's put us again in this catch 22. I'd like to interrupt you in just one second. One thing I am wondering, did you ever allege the amount in controversy in this case? I alleged that he was seeking a breach of contract claim for $500,000. I didn't specifically put in a sentence saying the amount in controversy is over $75,000. Well, that may be a simple observation, but I think that at least is something maybe missing here. But if it's somewhere else and I just missed it, but I didn't find anywhere where you said there was actually an amount in controversy. And I guess it's over $75,000. If your honors are willing to, and you believe that I can sue on the basis of my good faith investigation, then I'm happy to walk away today and with a smile on my face and have some assurance that I won't be sanctioned for violating rule eight. But I do think in the seventh circuit, there's a mix. There are cases which say in the seventh circuit that you must name all of the citizenship of all the parties, which makes sense after Carden. I mean, if I was a judge, I think I would like to see all of the parties and their citizenship laid out at the beginning of a case. That makes sense. Are you going to save any time for rebuttal? Yeah, I'm saving about five minutes. Well, at this point, you only have a minute 37 saved. Okay. Rule 27, I'll pass on to that. Rule 27 is not a common rule. As your honor says, it's not typically used for this purpose. I absolutely concede that. There is dicta from a decision in this circuit, which says that it is a pre-suit discovery mechanism. That's the Terry case. And part C of rule 27 says that the court must look at the justice of whether or not there should be a pre-suit deposition. And there have been pre-suit depositions in cases where the lawyer didn't know who all the defendants were. So maybe a woman has asbestos poisoning and she's going to die and her testimony will lead to finding out who the defendants are. So if we read that rule broadly, it can be used to weed out, to make an initial determination as to whether there is diversity. And I think that's not outside of the realm of possibility, although I concede that I'm pushing that a little bit. And I believe that, that I can see why that doesn't, might not work. But the advisory committee to the federal rules has said that you should be able to plead on information and belief, especially when information is exclusively in the province of the other party. And I think that this clearly falls within that. Judge Adelman, I'm out of time. I'll do my rebuttal. Thank you. Mr. Kilroy. Thank you. My name is James Kilroy and I represent the appellee, Paul DeLongchamp. Let me ask you from your perspective, what measures has Mr. Chin not yet taken to discover the identity and citizenship of any additional members of the LLC? None that I'm aware of. And to kind of cut to the chase, the questions that my colleague got were a direction that I was going to focus on as well, which is this notion that you should use rule 27 to do pre-lawsuit jurisdictional discovery is misguided. That doesn't mean that Mr. Chin could not have brought a breach of contract action in the Eastern District of Pleading on Information and Belief. That is not to say, and I should clarify, I also represent CRC 1 in the Colorado action. And I need to divert and give our perspective on the background of that case. But let me first fully answer the question because I think it kind of short circuits this. My position is limited to the narrow issue that's presented from my perspective, which is did the district court abuse its discretion in denying this particular rule 27 petition? And the answer is no. There are other things that Mr. Chin can do. He can wait until rule 8.1, which is proposed by the committee on rule changes may or may not be adopted later this year, coming up 2022. He can bring a breach of contract lawsuit in the Eastern District of Wisconsin, just as we worked through. Not that I would concede that it's viable as I'll get to in a minute, but those are things that are out there that he can do. And that's the direct answer to your question. If I can spend just a second. Can he also ask you? He can. And that's why I'd like give the background because it's important. In the Colorado action, I represent this company, CRC1. I also represent a company called Waveland Ventures, LLC. Mr. Chin and a group of limited partners sued all of the defendants to answer various questions about the Colorado action. Judge Moore presiding in the District of Colorado, where I'm from, dismissed all of the claims that Mr. Chin and his limited partner colleagues brought with prejudice, awarded attorney fees in the amount of over $600,000 against both counsel and the plaintiffs upon a filing of violation of Rule 11. Okay, so those were sanctions. Those were sanctions. And you're honored to answer the question. But for my sake, I'd like to give that context. After Judge Moore dismissed the case in its entirety, counsel approached Mr. DeLongchamp, who is a member of this entity, Waveland, in an improper, in my view, ex parte communication over the phone in a very threatening manner, demanded the answer to this question. That is in the record if you look at the notice of related case which we attached to our supplemental appendix in the response brief, naturally, the normal collegial back and forth, can you tell me who the members are, got kind of sidetracked when from my client's view, he was mistreated with threats that he would be personally sued, and he has no legal obligation to give this information. Does that mean Mr. Chin can't get this information through discovery or that he can't bring the lawsuit that he wants to bring? No. But I want to be clear, this isn't an obstructionist lawyer who's just refusing to answer a question. There was more to it than that. Also, in the District Court of Colorado action, and I submit that this court can take judicial notice of the pleadings, and we cited to the case citation, it's 1 colon 19 dash CV 2443. The lawsuit that Mr. Chin identified as wanting to bring in the Eastern District of Wisconsin is a breach of contract action that he, and if you look closely at his petition, he and apparently 152 other people want to bring in the Eastern District of Wisconsin for breach of contract. As Mr. Litowitz just said, he claims to have already brought that same breach of contract action in Colorado. He claims that Judge Moore in Colorado improperly dismissed it, and that issue is on Eastern District of Wisconsin alleging diversity jurisdiction upon information and belief. I think he can, but I don't think it's in front of this court. I wish it were, but my view is that action would not be cognizable for different reasons because it's a race judicata issue. It's been brought, and it's on appeal in another district. You didn't raise the race judicata issue below, did you? We did not below. We did not raise the issue below, and as I'm reviewing for this argument, in the reply brief, Mr. Chin said that's really a defense to a prima facie lawsuit, and I tend to agree with that. Well, he's right about that. I mean, if he were to file in the Eastern District, Rule 8c makes it a form of defense. I agree. I agree. So I'm pointing that out now just to answer the question about what is in the future, but from this proceeding standpoint, my very simple view is that this court, and I would ask this court to affirm the district court's denial of the Rule 27 petition for the most obvious reason because it failed to identify a cognizable claim that Mr. Quinn wishes to raise because he currently cannot adequately identify the jurisdictional issues, and number two, as we said, because Rule 27 itself is a very narrow procedural mechanism that's designed to permit a litigant or a prospective litigant to obtain a pretrial discovery to perpetuate testimony, and obviously the most common example is when we have somebody who has a terminal illness or something like that. Our view is that this is not and should not be a tool to do pretrial jurisdictional discovery, which my colleague, I think, candidly acknowledges is what he's attempting to do. So after listening to everything you've said just now, why shouldn't we think Mr. Chin is in a Catch-22? Because as I said at the beginning, he can and should, if there's a valid legal basis, I don't think there is, but that's for another day, he can and should bring a breach of contract action against CRC 1 wherever he wants, and he can and should allege diversity jurisdiction based on the efforts counsel has made apparently upon information and belief. That's not a Catch-22. Of course, the alternative to that, which would be the normal course, would be to file his lawsuit in state court where this diversity jurisdiction is not an issue, but there's no Catch-22 if he has a path, which he does. My position is using Rule 27 is a misguided path, and I would ask the court to reject that effort and to affirm the district court's denial of the Rule 27 petition. Well, I still have the trivial question about alleging them out in controversy. I didn't find that anywhere, but maybe there's in there somewhere. Maybe that's just implied. I don't know. Well, I think Mr. Linowitz would say it's implied. If you look at the four corners of the petition, Judge Adelman, in my view, is correct in noting there's no allegation of jurisdictional amount. There's no specific allegation of how we get to diversity jurisdiction. We've been talking about a single plaintiff, Mr. Chin. If you look at that petition, it refers to the petitioners in the that it's a facially deficient Rule 27 petition. For that reason alone, you can deny it. If the court doesn't want to get caught up on what it may view as technicalities, the more obvious issues are the ones I've identified, which is that there's not a cognizable action identified, nor is there any demonstration that this is a deposition necessary to prevent testimony from being lost. And I have nothing further unless there are any more questions. Thank you very much. Thank you. Okay. Well, Mr. Linowitz, are you there? I am. There you are. All right. Well, all right. We'll give you two minutes. You know, you used up all your time plus, but two minutes. I thought I reserved five. You did, but you went through your time. Oh, okay. You have to watch that, you know, red cloth. It's moving now. So my first point is I don't really appreciate my friend talking about or insinuating that I threaten anybody. He refuses to say who is a member of the LLC, yet he excoriates me for calling somebody, claiming that they're a member of the LLC, which is, again, a catch-22. If he wants me not to call clients of his, he can tell me who his clients are, and I will, of course, in accordance with the ethical rules, not speak to them if they're represented. But if I don't know if someone's represented and that information is hidden from me, I can't comply with that. This is kind of a weird area. Of course, I can sue in state court, but I don't think that I have to sue in state court. If the truth is that my clients can sue in federal court, that's where I should go. It seems to me that a lot of federal judges will say, as they're kind of supposed to say, like you're supposed to say a baby is beautiful, even if it's not, that state courts are capable of giving justice. Well, look, you're skipping a step, which is that the burden of proof is on the parties seeking to establish federal jurisdiction to do so. And sometimes people can't meet that burden. Now, normally, that's the plaintiff, unless it's a removed case, in which case it's the defendant. But if you can't meet your burden of proof, then like it or lump it, you are in state court. I mean, but then what you're saying, Your Honor, would be that even if it's true that there is federal diversity jurisdiction, I still have to go to state court. In some ultimate sense, yes. I mean, if you don't have to- That strikes me as odd. We lose cases all the time because they can't prove something by a preponderance of the evidence, even though there may be a fact floating around there in the world that they didn't find. That's the way the system works. It's imperfect, but that's the way it works. Gotcha. Okay. Well, thank you, Your Honors. Thank you very much. Case will be taken under advisement. We're going to take a-